# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| TIFFANY JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>Defendant. | Case No. 2:22-cv-11548-DPH-APP<br><br>Honorable Denise Page Hood |

## GENERAL MOTORS LLC'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 83.4, Defendant General Motors LLC hereby provides the following Corporate Disclosure Statement:

General Motors LLC is wholly owned by General Motors Holdings LLC, which is wholly owned by General Motors Company, a publicly traded entity. The following publicly traded entity owns 10% or more of General Motors Company's stock: BlackRock, Inc. No other public company or its affiliate has a substantial financial interest in the outcome of this litigation.

        Respectfully submitted,

        DYKEMA GOSSETT PLLC

By: */s/ Krista L. Lenart*
    John M. Thomas (P31403)
    Krista L. Lenart (P59601)
    Attorneys for General Motors LLC
    2723 South State Street, Suite 400
    Ann Arbor, MI 48104
    Telephone:    (734) 214-7676
    Facsimile:    (734) 214-7696
    jthomas@dykema.com
    klenart@dykema.com

Dated: January 31, 2024

## CERTIFICATE OF SERVICE

Krista L. Lenart deposes and states that on January 31, 2024, my assistant electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

>*/s/ Krista L. Lenart*
>Krista L. Lenart (P59601)
>Attorneys for General Motors LLC
>2723 South State Street, Suite 400
>Ann Arbor, MI  48104
>Telephone:     (734) 214-7676
>Facsimile:      (734) 214-7696
>klenart@dykema.com